MARY MULHORN AND GEORGE MULHORN, PLAINTIFFS,
v. PUBLIC SERVICE TRANSPORTATION COMPANY, DE-
FENDANT.

Decided October 19, 1925.

**Negligence—Injury to Passengers of Motor Bus, Husband and
Wife—Excessive Damages Alleged—Award of Wife's Not
Excessive—If Husband Files Amended Complaint, Increasing
Demand to Cover Personal Injuries, Rule Will Be Discharged.**

On rule for new trial.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH
and CAMPBELL.

For the plaintiff, *William C. French.*

For the defendant, *Ralph N. Kellam.*

PER CURIAM.

This was an action to recover damages arising out of an
accident, alleged to be due to the negligence of the defendant
in operating a bus in which the plaintiffs were passengers.

Mary Mulhorn, the wife, has a verdict for $5,000, and
George Mulhorn, her husband, has a verdict for $2,500.

The defendant has a rule to show cause why the verdicts
should not be set aside. The sole ground urged is that the
verdicts are excessive.

Under the complaint, as contained in the state of the case,
the husband claims damages only for loss of services and con-
sortium of his wife, and the cost of effecting a cure of the
wife. His verdict seems to be based upon personal injuries
suffered by him also.

The verdict in favor of the wife, Mary Mulhorn, is not
excessive, and the rule to show cause as to her verdict is dis-
charged, with costs.

If the husband, George Mulhorn, will file an amended complaint increasing his demand so as to cover injuries suffered by himself, then the rule to show cause as to his verdict will be discharged, with costs, otherwise it will be made absolute.